## Steele *v.* State Farm Mutual Automobile Insurance Co., Inc., Appellant.

Argued April 15, 1970. *Ronald Leslie,* with him *Avra N. Pershing, Jr.,* for appellant; *Charles Loughran,* with him *Loughran & Loughran,* for appellee.

Decree and judgment affirmed.

## Urban Unemployment Compensation Case.

Argued April 15, 1970. *Caram J. Abood,* with him *Green, Gibson & Abood,* for claimant, appellant; *Sydney Reuben,* Assistant Attorney General, with him *William C. Sennett,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.